[71 NE3d 591, 49 NYS3d 97]

In the Matter of County of Broome, Respondent, v Nirav R. Shah, as Commissioner of Health, et al., Appellants.

Decided February 16, 2017

1176

**APPEARANCES OF COUNSEL**

*Eric T. Schneiderman, Attorney General,* Albany *(Victor Paladino, Barbara D. Underwood* and *Andrew D. Bing* of counsel), for appellants.

Respondent precluded.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, without costs, petition dismissed in its entirety, and a declaration made in favor of respondents Nirav R. Shah, as Commissioner of Health, et al. that section 61 of part D of section 1 of chapter 56 of the Laws of 2012 has not been shown to be unconstitutional *(see Matter of County of Chemung v Shah,* 28 NY3d 244 [2016]).

Concur: Chief Judge DiFiore and Judges Rivera, Abdus-Salaam, Garcia and Wilson. Taking no part: Judges Stein and Fahey.